Yellow Terminals, Inc., a Corporation Organized Under Laws of State of Delaware, Plaintiff-Appellee, v. Watson Brothers Transportation Company, Inc., a Corporation Organized and Existing Under Laws of State of Nebraska, Defendant-Appellant.

Gen. No. 45,897. (Abstract of Decision.)

Sherwin & Sherwin, for appellant; Julius L. Sherwin, and Theodore R. Sherwin, of counsel; McBride & McLennon, for appellee; Thomas G. McBride, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; rehearing denied and opinion modified June 11, 1954; released for publication June 15, 1954.

Anna Stueve, Appellant, v. Charles Hoffman, Appellee.

Gen. No. 46,211. (Abstract of Decision.)